HERBERT, Respondent, v. MUSICAL COURIER CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Victor Herbert against the Musical Courier Company. J. E. Judge, for appellant. T. D. Adams, for respondent.
PER CURIAM. Upon plaintiff stipulating to reduce the judgment as entered to the sum of

$5,158.40, the judgment, as so modified, affirmed, without costs. If such stipulation be not given, judgment reversed and new trial ordered; costs to appellant to abide event.

INGRAHAM, J., dissents, on the ground that the judgment should be reversed.